UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK R. RISSMILLER, JR., *individually and as administrator of the estate of Michelle M. Rissmiller*, *deceased*, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     No. 5:18-cv-00597 <br> : |
| NGK NORTH AMERICA, INC.; <br> NGK INSULATORS, LTD; <br> LEN VELKY; CABOT CORPORATION; <br> NGK METALS CORPORATION, | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## **O R D E R**

**AND NOW**, this 4th day of September, 2018, upon consideration of Plaintiff's Motion to Remand, ECF No. 9, and for the reasons set forth in the Opinion issued this date, it is

**ORDERED** that Plaintiff's Motion, ECF No. 9, is **GRANTED** and that this action is hereby remanded to the Court of Common Pleas, Philadelphia County, Commonwealth of Pennsylvania.

It is further **ORDERED**, pursuant to 28 U.S.C. § 1447(c), that the Clerk of the Court shall send a certified copy of this Order to the Prothonotary for the Court of Common Pleas, Philadelphia County, and shall return the file in this action to the Prothonotary for the Court of Common Pleas, Philadelphia County.

                                                                BY THE COURT:


                                                                */s/ Joseph F. Leeson, Jr.*_____
                                                                JOSEPH F. LEESON, JR.
                                                                United States District Judge